Judge McMahon

BLANK ROME, LLP
Attorneys for Plaintiff
AUGUSTEA ATLANTICA SRL
Jack A. Greenbaum (JG 0039)
LeRoy Lambert (LL 3519)
The Chrysler Building
405 Lexington Ave.
New York, NY 10174-0208
(212) 885-5000

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

AUGUSTEA ATLANTICA SRL,

　　　　Plaintiff,

-against-

GOLDEN OCEAN GROUP LIMITED,

　　　　Defendant.

---

08 Civ. 3543 (CM)

**RULE 7.1 STATEMENT**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned counsel for plaintiff AUGUSTEA ATLANTICA SRL certifies that, according to information provided to counsel by its clients, AUGUSTEA ATLANTICA SRL is not a publicly held corporation or subsidiary or affiliate of a publicly held corporation.

Dated:　　New York, New York
　　　　　April 11, 2008

　　　　　　　　　　　　　　　BLANK ROME, LLP
　　　　　　　　　　　　　　　Attorneys for Plaintiff
　　　　　　　　　　　　　　　AUGUSTEA ATLANTICA SRL

　　　　　　　　　　　　　　　By _____
　　　　　　　　　　　　　　　　　Jack A. Greenbaum (JG 0039)
　　　　　　　　　　　　　　　The Chrysler Building
　　　　　　　　　　　　　　　405 Lexington Ave.
　　　　　　　　　　　　　　　New York, NY 10174-0208
　　　　　　　　　　　　　　　(212) 885-5000

311817.1
900200.00001/663018v.1

1