```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/19/08
```



BLANK ROME LLP
COUNSELORS AT LAW



Phone:   (212) 885-5284
Fax:     (917) 332-3834
Email:   JGreenbaum@BlankRome.com

## MEMO ENDORSED

May 16, 2008

**BY FAX** (212) 805-6326

Hon. Colleen McMahon
United States District Judge
United States District Court
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Room 640
New York, New York 10007-1312

*[handwritten: adjourn sine die  Colleen McM  5/16/08]*

   Re: Augustea Atlantica SRL v.
     Golden Ocean Group Limited
     Docket No: S.D.N.Y. No. 08 Civ. 03543 (CM)
     Our File No. 129623-00601

Dear Judge McMahon:

  We represent the plaintiff in this maritime attachment order, and write to request an adjournment of the conference scheduled on May 30 and of the Civil Case Management Plan. No requests for an adjournment have been made before.

  We have attached the full amount of the plaintiff's claim and notified the defendant of the attachment, and of your Order Scheduling an Initial Pretrial Conference. The defendant has engaged solicitors in London who have been in discussions with the plaintiff's solicitors, but there has been no appearance by an attorney in New York.

  In view of the fact that the merits of this claim are to be decided in a London arbitration, it is respectfully submitted that there is little that can be accomplished at a pretrial conference. Additionally, in the absence of an appearance for the defendant, we are unable to submit a joint Management Plan.



Hon. Colleen McMahon
May 15, 2008
Page 2

Thank you for your attention.

Respectfully submitted,

Jack A. Greenbaum

JAG:aea

129623.00601/6639309v.1